UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ESME JOHNSON, et al., | No. 2:24-cv-00745-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS |
| FORD MOTOR COMPANY, | |
| Defendant. | (Doc. No. 15) |

On August 28, 2024, following plaintiffs' acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of plaintiffs and against defendant in the amount of $182,000.00, plus reasonable attorneys' fees and costs. (Doc. No. 11 at 2.) At the time, the parties were still negotiating attorneys' fees and costs, and they were considering either filing a noticed motion to request that the court determine the attorneys' fees and costs or resolving the attorneys' fees and costs themselves. (*Id.*)

Subsequently, on October 30, 2024, the parties filed a stipulation, agreeing to resolve attorneys' fees and costs, defendant Ford Motor Company will pay plaintiffs' counsel $24,000.00 by no later than January 28, 2025. (Doc. No. 15 at 2.)

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant Ford Motor Company shall pay plaintiffs' counsel $24,000.00 in attorneys' fees and costs by no later than January 28, 2025;

1

2. Within ten (10) business days of the payment as ordered, plaintiff shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated: **October 31, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2